# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAURER, Individually,<br><br>               Plaintiff,<br>v.<br><br>DAFS ENTERPRISES, LLC, a New Jersey Limited Liability Company, and MCDONALD'S CORPORATION, a foreign Corporation,<br><br>               Defendants. | Civ. No.: 1:17-CV-04529 (NLH)(KMW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**(Document Electronically Filed)** |

All parties hereto stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the District of New Jersey. The parties further stipulate that each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted,

/s/ Keith Harris
Keith Harris, Esq. (KH4604)
BRAFF, HARRIS, SUKONECK & MALOOF
570 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 994-6677
and
John P. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
*Attorneys for Plaintiff Dennis Maurer*

Date: June 1, 2018

Respectfully submitted,

/s/ Salvador P. Simao
Salvador P. Simao, Esq.
FORD HARRISON LLP
300 Connell Drive, Suite 4100
Berkeley Heights, NJ 07922
(973) 646-7302
*Attorney for Defendant DAFS Enterprises, LLC*

/s/ I. Michael Kessel
I. Michael Kessel, Esq.
LITTLER MENDELSON P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
*Attorney for Defendant McDonald's Corporation*

Dated: June 1, 2018

WSACTIVELLP:9799501.1